USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  7/9/20 _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
    ELATAB.,                                 :

                                      :

                       **Plaintiffs,**    :

                                      :       **1:19-cv-09678 (ALC)**

              -against-           :

                                      :       **ORDER**

    HESPERIOS,                           :

                                      :

                       **Defendant.**    :

------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court is in receipt of Defendant's June 29, 2020 letter. Defendant should file an

answer or letter for pre-motion conference by Friday, July 10, 2020.

**SO ORDERED.**

Dated:    July 9, 2020
          New York, New York

                                _____

                                    **ANDREW L. CARTER, JR.**
                                    **United States District Judge**