USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/20/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAWAD ELATAB,<br><br>        **Plaintiff,**<br><br>  -against-<br><br>HESPERIOS, INC.,<br><br>        **Defendant.** | **19-cv-9678 (ALC)**<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

  It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated: October 20, 2021
     New York, New York

                      **ANDREW L. CARTER, JR.**
                      **United States District Judge**